IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HOLLINGSHEAD,<br>Plaintiff<br><br>vs.<br><br>LARRY TARBOX, et a.,<br>Defendants | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2134<br>:<br>:<br>: (JUDGE JONES)<br>:<br>: (Electronically Filed)<br>: JURY TRIAL DEMANDED |
| ROBERT HOLLINGSHEAD,<br>Plaintiff<br><br>vs.<br><br>PRINCE MANUFACTURING CORP. and<br>BUILT-RITE MANUFACTURING, INC.,<br>Defendants | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2351<br>:<br>: (JUDGE JONES)<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: (Electronically Filed) |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT PRINCE MANUFACTURING, INC.

The parties hereto by their respective counsel hereby stipulate to the dismissal of

defendant, Prince Manufacturing, Corp., with prejudice pursuant to F.R.C.P. 41(a)(1).

| | |
|---|---|
| Douglas N. Engelman, Esquire<br>Attorney for Plaintiff | s/Robert A. Seiferth<br>Robert A. Seiferth, Esquire<br>Attorney for Defendant<br>Prince Manufacturing, Corp. |
| Matthew Birmingham, Esquire<br>Attorney for Defendant<br>Built-Rite Manufacturing, Inc. | Harold G. Caldwell, Esquire<br>Attorney for Defendants Larry Tarbox and<br>Joanne Tarbox |
| Darryl Wishard, Esquire<br>Attorney for Defendants Margaret Wesneski,<br>Wesley Wesneski, and Tink & Peg's Place, Inc. | |

05130-00514

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HOLLINGSHEAD,<br>Plaintiff<br><br>vs.<br><br>LARRY TARBOX, et a.,<br>Defendants | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2134<br>:<br>:<br>: (JUDGE JONES)<br>:<br>: (Electronically Filed)<br>: JURY TRIAL DEMANDED |
| ROBERT HOLLINGSHEAD,<br>Plaintiff<br><br>vs.<br><br>PRINCE MANUFACTURING CORP. and<br>BUILT-RITE MANUFACTURING, INC.,<br>Defendants | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2351<br>:<br>: (JUDGE JONES)<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: (Electronically Filed) |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT PRINCE MANUFACTURING, INC.

The parties hereto by their respective counsel hereby stipulate to the dismissal of

Defendant, Prince Manufacturing, Corp., with prejudice pursuant to F.R.C.P. 41(a)(1).

Timothy A. Reitz, Esquire
Attorney for Plaintiff

_/s/ Richard Schluter_
Richard F. Schluter, Esquire
Attorney for Defendant
Built-Rite Manufacturing, Inc.

Robert A. Seiferth, Esquire
Attorney for Defendant
Prince Manufacturing, Corp.


Attorney for Defendants Larry Tarbox and
Joanne Tarbox


Darryl Wishard, Esquire
Attorney for Defendants Margaret Wesneski,
Wesley Wesneski, and Tink & Peg's Place, Inc.

05130-00514

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HOLLINGSHEAD,<br>Plaintiff | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2134 |
| vs. | : |
| LARRY TARBOX, et a.,<br>Defendants | : (JUDGE JONES)<br>:<br>: (Electronically Filed)<br>: JURY TRIAL DEMANDED |

| | |
|---|---|
| ROBERT HOLLINGSHEAD,<br>Plaintiff | : CIVIL ACTION - LAW<br>:<br>: NO. 4:04-CV-2351 |
| vs. | : |
| PRINCE MANUFACTURING CORP. and<br>BUILT-RITE MANUFACTURING, INC.,<br>Defendants | : (JUDGE JONES)<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: (Electronically Filed) |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT PRINCE MANUFACTURING, INC.

The parties hereto by their respective counsel hereby stipulate to the dismissal of

Defendant, Prince Manufacturing, Corp., with prejudice pursuant to F.R.C.P. 41(a)(1).

Timothy A. Reitz, Esquire
Attorney for Plaintiff

Robert A. Seiferth, Esquire
Attorney for Defendant
Prince Manufacturing, Corp.

Matthew Birmingham, Esquire
Attorney for Defendant
Built-Rite Manufacturing, Inc.

Harold G. Caldwell, Esquire
Attorney for Defendants Larry Tarbox and
Joanne Tarbox

Darryl Wishard, Esquire
Attorney for Defendants Margaret Wesneski,
Wesley Wesneski, and Tink & Peg's Place, Inc.